UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY DAVENPORT,

    Petitioner,                                         Case No. 16-cv-14442
                                                    Hon. Matthew F. Leitman

v.

JOSEPH BARRETT,

    Respondent.
_____/

## **JUDGMENT**

In accordance with the Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Declining to Issue a Certificate of Appealability, dated February 28, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent and against Petitioner.

                                                           DAVID J. WEAVER
                                                           CLERK OF COURT

                                        By:     s/Holly A. Monda
                                                        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: February 28, 2017
Detroit, Michigan